# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0392
_____

FRED BLAINE NOBLE SEARCY,
L.M.T.,

    Petitioner,

    v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

    Respondent.

_____

On Petition for Review of a Non-Final Order of the Department of Health.

March 25, 2026

PER CURIAM.

    DENIED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Julie Gallagher of Grossman, Roopnarine, & Bayo, Tallahassee, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Tallahassee, for Respondent.